(August 9, 2001)

■ In the Matter of ELIZABETH THOMAS, Petitioner, v DONALD SELSKY, as Deputy Commissioner of Correctional Services, et al., Respondents. [728 NYS2d 406] —Motion for reargument or, in the alternative, for permission to appeal to the Court of Appeals.

Upon the papers filed in support of the motion, and the papers filed in opposition thereto, it is ordered that the motion for reargument is granted, without costs, to the extent that the memorandum and judgment dated and entered April 12, 2001 (282 AD2d 854) is rescinded and vacated and a revised decision and judgment is handed down herewith (*see*, 286 AD2d 535).

Cardona, P. J., Mercure, Spain, Carpinello and Lahtinen, JJ., concur.